

208 So.2d 536

Robert S. JOBE, James H. Wilson,
Junior G. Beard

v.

Donald HODGE et al.

No. 49158.

April 11, 1968.

It is ordered that the writ of review is-
sue; that the Court of Appeal send up the
record in duplicate of the case; and that
counsel for plaintiff and defendant be noti-
fied.

GLADNEY, J., takes no part.

It is ordered that the writ of review·
issue; that the Court of Appeal send up·
the record in duplicate of the case; and
that counsel for plaintiff and defendant be:
notified.

■

208 So.2d 536

SUCCESSION of Thomas Charles
MULQUEENY.

No. 49172.

April 11, 1968.

■

208 So.2d 536

SUCCESSION of Thomas Charles
MULQUEENY.

No. 49163.

April 11, 1968.

It is ordered that the writ of review is-
sue; that the Court of Appeal send up the·
record in duplicate of the case; and that.
counsel for plaintiff and defendant be noti-
fied.